THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JUSTIN DAVID WILLIAMS,<br><br>  Petitioner,<br><br>v.<br><br>STATE OF UTAH,<br><br>  Respondent. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br>Case No. 4:21-CV-121-DN<br><br>District Judge David Nuffer |

Petitioner, Justin David Williams, filed a habeas-corpus petition. *See* 28 U.S.C.S. § 2254 (2023). He now moves for dismissal. Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case "at the [petitioner's] request."

Good cause appearing, IT IS HEREBY ORDERED that Petitioner's motion is GRANTED. (ECF No. 20.) The action is DISMISSED WITHOUT PREJUDICE.

DATED this 30th day of August, 2023.

BY THE COURT:

_____
JUDGE DAVID NUFFER
United States District Court